Fred [illegible] Skyview [illegible]

§
§
§
vs  §   cv 46272
§
§
§
Skyview §  Chambers County
[illegible]
[illegible]

[illegible] and Relief to
file own note [illegible]
for 998 [illegible]
8 Amend violations of
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] matter problem

United States Courts
Southern District of Texas
FILED

JUN - 3 2022

Nathan Ochsner, Clerk of Court